

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-20-00600-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES, JR., AN INCAPACITATED PERSON**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081-L2-B
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file her reply brief is GRANTED. Appellant's reply brief is due on or before **August 27, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court